# United States Bankruptcy Court
## Northern District of Mississippi

In re   **Triangle Maintenance Service, LLC**  
Debtor(s)

Case No. _____  
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   11-3-11

Scott C. Hannon/Managing Member  
Signer/Title

A-1 Sealing, Inc.
Post Office Drawer 1670
Richton, MS 39476-1670

Alere Toxicology
P.O. Box 11449
Norfolk, VA 23517

American Express
P.O. Box 981540
El Paso, TX 79998-1540

American Express
c/o Gill, Dion & Forsyth
1625 South Congress Avenue, Suite 300
Delray Beach, FL 33445

AT&T Advertising & Publishing
P.O. Box 105024
Atlanta, GA 30348-5024

AT&T Advertising & Publishing
c/oMcCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146

B&B Concrete Co., Inc.
P.O. Box 407
Tupelo, MS 38802

BancorpSouth Equipment Finance
c/o Les Alvis, Esq.
Riley, Caldwell, Cork & Alvis
P. O. Box 1836
Tupelo, MS 38802-1836

BancorpSouth Equipment Finance
P.O. Box 88550
Milwalkee, WI 53288-8550

Bank of Vernon
P.O. Box 309
Vernon, AL 35592

Bankfirst Financial Services
P.O. Box 31
Macon, MS 39341-0031

Best Western - Canton Inn
137 Soldier Colony Road

Canton, MS 39046

C & L Construction, Inc.
P O Box 2471
Ridgeland, MS 39158

Cintas
P.O. Box 630910
Cincinnati, OH 45263-0910

City of Columbus Landfill
P.O. Box 1408
Columbus, MS 39703

Comfort Inn Airport
235 South Pearson Road
Pearl, MS 39208

Comfort Inn - Tupelo
1190 N. Gloster Street
Tupelo, MS 38804

Comfort Inn - Olive Branch
7049 Enterprise Drive
Olive Branch, MS 38654

Complete Payment Recovery Services, Inc.
3500 5th Street
Northport, AL 35476

ConSteelCo, Inc.
Post Office Box 6175
Jackson, MS 39288-6175

David V. LaRosa, Sr.
Tax Collector
P.O. Box 1270
Gulfport, MS 39502

Days Inn - Oxford
1101 Frontage Road
Oxford, MS 38655

Delta Industries, Inc.
P.O. Box 1292
Jackson, MS 39215-1292

Dutch Oil Co., Inc./US Bank
c/o John C. Williams & Associates
1612 N.E. Expressway

Atlanta, GA 30329

Dutch Oil Co., Inc./US Bank
P.O. Box 2323
Columbus, MS 39704-2323

Express Services, Inc.
P.O. Box 841634
Dallas, TX 75284-1634

Gattman Construction Co., Inc.
P.O. Box 95
Gattman, MS 38844-0095

GMAC/Ally Financial
P.O. Box 9001951
Louisville, KY 40290-1951

Golden Triangle SWMA
P.O. Box 1619
Starkville, MS 39759

Golden Triangle SWMA
c/o John Dollarhide
Butler Snow O'Mara Stevens & Cannada
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157

Greg Andrews
Tax Assessor
P.O. Box 1077
Columbus, MS 39703-1077

Holman Transmissions
1503 Gardner Blvd.
Columbus, MS 39701

HSI Ready Mix
P.O. Box 758
Picayune, MS 39466

ICW Group
c/o Ellie Word
Krebs, Farley & Pelleteri
188 E. Capitol Street, Suite 900
Jackson, MS 39201

ICW Group
Post Office Box 85563
San Diego, CA 92186-5563

Internal Revenue Service
c/o David N. Usry, Esq.
Assistant U.S. Attorney
501 E. Court Street, Suite 4430
Jackson, MS 39201

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

J.L. McCool, Inc.
Post Office Box 1765
Pascagoula, MS 39568-1765

Knowles Material Company
P.O. Box 1096
Jackson, MS 39215-1096

Komatsu Financial
P.O. Box 99303
Chicago, IL 60693-9303

Ladner Testing Laboratories, Inc.
P.O. Box 10778
Jackson, MS 39289-0778

Lyle Machinery, Inc.
P.O. Box 967
Jackson, MS 39205-0967

McGriff, Seibels & Williams, Inc.
Drawer #456
PO Box 11407
Birmingham, AL 35246-0001

Mississippi Department of Revenue
Post Office Box 1033
Jackson, MS 39215-1033

Mitchell Automotive
P.O. Box 539
West Point, MS 39773

MMC Materials, Inc. - Jackson
Post Office Box 307
Jackson, MS 39205

MMC Materials, Inc. - Starkville
P.O. Box 1347
Starkville, MS 39760

MMS Materials, Inc.
c/o P. Vance Daly
Copeland, Cook, Taylor & Bush
P. O. Box 6020
Ridgeland, MS 39158

Motion Industries, Inc.
Post Office Box 2363
Columbus, MS 39704-2363

MS Dept of Employment Security
P.O. Box 22781
Jackson, MS 39225-2781

N.E.O. FAB
604 Henley Boulevard
Miami, OK 74354

Newell Paper Company
P.O. Box 1278
Columbus, MS 39703

Ohio Casualty / Liberty Surey First
9450 Seward Road
Fairfield, OH 45014

Passport Inn & Suites
43 Sgt. Prentiss Dr.
Natchez, MS 39120

Puckett Rents
c/o Ashlee Hederman
Wells, Moore, Simmons Attys.
P.O. Box 1970
Jackson, MS 39215-1970

Puckett Rents
P.O. Box 3170
Jackson, MS 39207-3170

Riverside Traffic Systems, Inc.
1283 St. Hwy 178 West
New Albany, MS 38652

Ross & Yerger
Post Office Box 1139
Jackson, MS 39215-1139

Scott Construction Equipment Co., LLC.
3860 I-55 South

Jackson, MS 39212-5101

Star Capital
681 Moore Road, Suite 321
King of Prussia, PA 19406

Sunbelt Sealing, Inc.
P.O. Box 3770
Jackson, MS 39207-3770

T.E. Lott & Company
P.O. Box 471
Columbus, MS 39703-0471

Thompson Machinery
P.O. Box 535496
Atlanta, GA 30353-5496

Vermeer Midsouth, Inc.
Dept. 07-013
P.O. Box 1798
Memphis, TN 38101-9715

Waters Truck & Tractor
P.O. Box 831
Columbus, MS 39703