B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Mississippi

In re  **Triangle Maintenance Service, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| MMC Materials, Inc. - Starkville<br>P.O. Box 1347<br>Starkville, MS 39760<br><br>MCC Materials, Inc. - Starkville<br>c/o P. Vance Daly<br>Copeland, Cook, Taylor & Bush<br>P.O. Box 6020<br>Ridgeland, MS 39158 | MMC Materials, Inc. - Starkville<br>P.O. Box 1347<br>Starkville, MS 39760<br><br>MCC Materials, Inc. - Starkville<br>c/o P. Vance Daly<br>Copeland, Cook, Taylor & Bush<br>P.O. Box 6020<br>Ridgeland, MS 39158 | | | $197,774.25 |
| ICW Group<br>P.O. Box 85563<br>San Diego, CA 92186-5563<br><br>ICW Group<br>c/o Ellie Word<br>Krebs, Farley & Pelleteri<br>188 E. Capitol Street, Suite 900<br>Jackson, MS 39201 | ICW Group<br>P.O. Box 85563<br>San Diego, CA 92186-5563<br><br>ICW Group<br>c/o Ellie Word<br>Krebs, Farley & Pelleteri<br>188 E. Capitol Street, Suite 900<br>Jackson, MS 39201 | | | $148,391.60 |
| HSI Ready Mix<br>P.O. Box 758<br>Picayune, MS 39466 | HSI Ready Mix<br>P.O. Box 758<br>Picayune, MS 39466 | | | $126,509.41 |

B4 (Official Form 4) (12/07) - Cont.

In re  Triangle Maintenance Service, LLC
        Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dutch Oil Co., Inc./US Bank<br>P.O. Box 2323<br>Columbus, MS 39704-2323<br><br>Dutch Oil Co., Inc./US Bank<br>c/o John C. Williams & Associates<br>1612 N.E. Expressway<br>Atlanta, GA 30329 | Dutch Oil Co., Inc./US Bank<br>P.O. Box 2323<br>Columbus, MS 39704-2323<br><br>Dutch Oil Co., Inc./US Bank<br>c/o John C. Williams & Associates<br>1612 N.E. Expressway<br>Atlanta, GA 30329 | | | $118,755.89 |
| MMC Materials, Inc. - Jackson<br>P.O. Box 307<br>Jackson, MS 39205<br><br>MCC Materials, Inc. - Jackson<br>c/o P. Vance Daly<br>Copeland, Cook, Taylor & Bush<br>P.O. Box 6020<br>Ridgeland, MS 39158 | MMC Materials, Inc. - Jackson<br>P.O. Box 307<br>Jackson, MS 39205<br><br>MCC Materials, Inc. - Jackson<br>c/o P. Vance Daly<br>Copeland, Cook, Taylor & Bush<br>P.O. Box 6020<br>Ridgeland, MS 39158 | | | $110,186.28 |
| Delta Industries, Inc.<br>P.O. Box 1292<br>Jackson, MS 39215-1292 | Delta Industries, Inc.<br>P.O. Box 1292<br>Jackson, MS 39215-1292 | | | $109,569.50 |
| Waters Truck & Tractor<br>P.O. Box 831<br>Columbus, MS 39703 | Waters Truck & Tractor<br>P.O. Box 831<br>Columbus, MS 39703 | | | $76,025.41 |
| Gattman Construction Co., Inc.<br>P.O. Box 95<br>Gattman, MS 38844-0095 | Gattman Construction Co., Inc.<br>OP.O. Box 95<br>Gattman, MS 38844-0095 | | | $68,988.26 |
| J.L. McCool, Inc.<br>P.O. Box 1765<br>Pascagoula, MS 39568-1765 | J.L. McCool, Inc.<br>P.O. Box 1765<br>Pascagoula, MS 39568-1765 | | | $52,210.80 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Triangle Maintenance Service, LLC**            Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Puckett Rents<br>P.O. Box 3170<br>Jackson, MS  39207-3170<br><br>Puckett Rents<br>c/o Ashlee Hederman<br>Wells, Moore, Simmons Attys.<br>P.o. Box 1970<br>Jackson, MS  39215-1970 | Puckett Rents<br>P.O. Box 3170<br>Jackson, MS  39207-3170<br><br>Puckett Rents<br>c/o Ashlee Hederman<br>Wells, Moore, Simmons Attys.<br>P.o. Box 1970<br>Jackson, MS  39215-1970 | | | $42,510.12 |
| Riverside Traffic Systems, Inc.<br>1283 St. Hwy 178 West<br>New Albany, MS  38652 | Riverside Traffic Systems, Inc.<br>1283 St. Hwy 178 West<br>New Albany, MS  38652 | | | $42,461.85 |
| Ross & Yerger<br>P.O. Box 1139<br>Jackson, MS  39215-1139 | Ross & Yerger<br>P.O. Box 1139<br>Jackson, MS  39215-1139 | | | $36,535.00 |
| Golden Triangle SWMA<br>P.O. Box 1619<br>Starkville, MS  39759<br><br>Golden Triangle SWMA<br>c/o John Dollarhide<br>Butler Snow Attorneys<br>1020 Highland Colony Parkway,<br>Suite 1400<br>Ridgeland, MS  39157 | Golden Triangle SWMA<br>P.O. Box 1619<br>Starkville, MS  39759<br><br>Golden Triangle SWMA<br>c/o John Dollarhide<br>Butler Snow Attorneys<br>1020 Highland Colony Parkway,<br>Suite 1400<br>Ridgeland, MS  39157 | | | $34,268.09 |
| B&B Concrete Co., Inc.<br>P.O. Box 407<br>Tupelo, MS  38802 | B&B Concrete Co., Inc.<br>P.O. Box 407<br>Tupelo, MS  38802 | | | $29,386.85 |

B4 (Official Form 4) (12/07) - Cont.

In re   Triangle Maintenance Service, LLC  _____   Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lyle Machinery, Inc.<br>P.O. Box 967<br>Jackson, MS 39205-0967 | Lyle Machinery, Inc.<br>P.O. Box 967<br>Jackson, MS 39205-0967 | | | $27,590.90 |
| City of Columbus Landfill<br>P.O. Box 1408<br>Columbus, MS 39703 | City of Columbus Landfill<br>P.O. Box 1408<br>Columbus, MS 39703 | | | $25,439.27 |
| Vermeer Midsouth, Inc.<br>P.O. Box 1798<br>Dept. 07-013<br>Memphis, Tn 38101-9715 | Vermeer Midsouth, Inc.<br>P.O. Box 1798<br>Dept. 07-013<br>Memphis, Tn 38101-9715 | | | $24,274.23 |
| Comfort Inn Airport<br>235 South Pearson Road<br>Pearl, MS 39208 | Comfort Inn Airport<br>235 South Pearson Road<br>Pearl, MS 39208 | | | $21,714.98 |
| Knowles Material Company<br>P.O. Box 1096<br>Jackson, MS 39215-1096 | Knowles Material Company<br>P.O. Box 1096<br>Jackson, MS 39215-1096 | | | $20,740.69 |
| Sunbelt Sealing, Inc.<br>P.O. Box 3770<br>Jackson, MS 39207-3770 | Sunbelt Sealing, Inc.<br>P.O. Box 3770<br>Jackson, MS 39207-3770 | | | $19,331.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Triangle Maintenance Service, LLC**                                    Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____11-3-11_____     Signature _____
                                        Scott C. Hannon
                                        Managing Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.